UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR MANUEL PEREZ PEREZ,

                Plaintiff,

-against-

NEW YORK STATE DMV DRIVING IMPROVEMENT UNIT,

                Defendant.

25-CV-4975 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff, who is appearing *pro se*, brings this action against the "New York State DMV Driving Improvement Unit." Plaintiff has previously submitted to this court an identical complaint against the same defendant. That case is presently pending before the Court under docket number 25-CV-4370 (LTS).[1] As this complaint raises the same claims, no useful purpose would be served by litigating this duplicate lawsuit. Therefore, this complaint is dismissed without prejudice to Plaintiff's pending case under docket number 25-CV-4370 (LTS).[2]

## CONCLUSION

    Plaintiff's complaint is dismissed as duplicative of No. 25-CV-4370 (LTS).

    The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

---

[1] This is the second action Plaintiff has filed in this court that is duplicative of No. 25-CV-4370 (LTS). *See Perez Perez v. New York State DMV Driving Improvement Unit*, No. 25-CV-4606 (LTS) (S.D.N.Y. June 4, 2025) (dismissing action as duplicative of No. 25-CV-4370 (LTS)).

[2] By order dated May 29, 2025, in the action pending under docket number 25-CV-4370 (LTS), the Court directed Plaintiff, within 30 days, to either pay the $405.00 in fees required to file a civil action in this court or submit an application to proceed *in forma pauperis* ("IFP"). Plaintiff has not responded to that order, and he did not pay the fees or submit an IFP application with the complaint in this action.

The Clerk of Court is directed to enter judgment in this action.

SO ORDERED.

Dated: June 17, 2025
New York, New York

/s/ Laura Taylor Swain<br>
LAURA TAYLOR SWAIN<br>
Chief United States District Judge