UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR MANUEL PEREZ PEREZ,

                Plaintiff,

-against-

NEW YORK STATE DMV DRIVING IMPROVEMENT UNIT,

                Defendant.

25 CIVIL 4975 (LTS)

CIVIL JUDGMENT

    For the reasons stated in the June 17, 2025, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   June 20, 2025
           New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge